UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VANCE ERICKSON, on behalf of himself and others similarly situated

CIVIL ACTION NO.: 1:25-CV-01344

**Plaintiff**

vs

FELLINI SOHO CORP. d/b/a FELLINI SOHO, ET AL

**Defendant**

## AFFIRMATION OF SERVICE

The undersigned, affirms and says;

Undersigned is not a party herein, is over 18 years of age and resides in Woodside, New York

That on **2/19/2025** at **3:09 PM** at **120 Thompson Street, New York, NY 10012**

undersigned served a(n) **Summons in a Civil Action and Demand for Jury Trial Complaint FLSA Collective Action and Rule 23 Class Action**

on **Fellini Soho Corp. d/b/a Fellini Soho**,

by delivering thereat a true copy of each to **Lina J.** personally, who stated that he/she is **authorized to accept service** thereof.

Description of Person Served Based on Undersigned's Perception:
Gender : Female
Race: White
Hair : Blonde
Age : 22 - 35 Yrs.
Height : 5' 0" - 5' 3"
Weight : 131-160 Lbs.
Other :

I affirm on 02/19/2025 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Nicholai Aaron Granados
License No.2114994