UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VANCE ERICKSON, on behalf of himself and others similarly situated

CIVIL ACTION NO.: 1:25-CV-01344

vs

*Plaintiff*

FELLINI SOHO CORP. d/b/a FELLINI SOHO, ET AL

*Defendant*

## AFFIRMATION OF SERVICE

The undersigned, affirms and says;

Undersigned is not a party herein, is over 18 years of age and resides in Woodside, New York

That on **02/19/2025** at **3:09 PM** at **120 Thompson Street, New York, NY 10012**

undersigned served a(n) **Summons in a Civil Action and Demand for Jury Trial Complaint FLSA Collective Action and Rule 23 Class Action**

on **Franco Noriega**

by delivering thereat a true copy of each to **Lina J.   [Co-Worker]**, a person of suitable age and discretion. Said premises is defendant's actual place of business within the state.

Within 20 days of such delivery, undersigned mailed a copy of same by first class mail in a postpaid envelope properly addressed to defendant at defendant's actual place of business at **120 Thompson Street, New York, NY 10012**. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

Mailed Copy on **02/21/2025**

c/o Fellini Soho Corp. d/b/a Fellini Soho

<u>Description of Person Served Based on Undersigned's Perception:</u>
Gender: Female
Race:  White
Hair: Blonde
Age: 22 - 35 Yrs.
Height: 5' 0" - 5' 3"
Weight:131-160 Lbs.
Other:

MILITARY SERVICE: Upon information and belief based upon the conversation(s) and observation(s) as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

I affirm on 02/21/2025 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Nicholai Aaron Granados
License No.2114994