UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VANCE ERICKSON, on behalf of himself and others similarly situated

CIVIL ACTION NO.: 1:25-CV-01344

**vs**                                                                            *Plaintiff*

FELLINI SOHO CORP. d/b/a FELLINI SOHO, ET AL

*Defendant*

# AFFIRMATION OF SERVICE

The undersigned, affirms and says;

Undersigned is not a party herein, is over 18 years of age and resides in Woodside, New York

That on **2/19/2025** at **2:56 PM** at **176 7th Avenue S, New York, NY 10014**

undersigned served a(n) **Summons in a Civil Action and Demand for Jury Trial Complaint FLSA Collective Action and Rule 23 Class Action**

on **Pyramid Apex Corp. d/b/a Fellini West Village**,

by delivering thereat a true copy of each to **Rodrigo Paiva** personally, who stated that he/she is **authorized to accept service** thereof.

Description of Person Served Based on Undersigned's Perception:
Gender : Male
Race:  Hispanic
Hair : Black
Age : 22 - 35 Yrs.
Height : 5' 4" - 5' 8"
Weight :161-200 Lbs.
Other :

I affirm on 02/19/2025 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

-----------------------------------------
Nicholai Aaron Granados
License No.2114994