UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VANCE ERICKSON,

                     Plaintiff,

      -v-

FELILNI SOHO CORP., *et al.*,

                     Defendants.

25-CV-1344 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Defendants were served on February 19 and February 21, 2025. (*See* ECF Nos. 9-12.) However, no appearance has been entered on Defendants' behalf, and no response to the complaint has been filed in the allotted time. Plaintiff has not moved for a default judgment.

    Plaintiff is directed to notify the Court whether he intends to move for default judgment, or if he has received any communication from Defendants or their counsel regarding a response to the complaint.

    If Plaintiff fails by April 14, 2025, to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendants, the action may be dismissed for failure to prosecute.

    Plaintiff is directed to serve a copy of this order by mail on Defendants.

    SO ORDERED.

Dated: March 31, 2025
       New York, New York

                                                J. PAUL OETKEN
                                            United States District Judge