UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VANCE ERICKSON, on behalf of himself and others similarly situated,

        Plaintiff,

v.

FELLINI SOHO CORP. d/b/a FELLINI SOHO, PYRAMID APEX CORP. d/b/a FELLINI WEST VILLAGE, FELLINI CHELSEA CORP. d/b/a FELLINI CHELSEA, and FRANCO NORIEGA,

        Defendants.

25 CV 1344 (JPO)

## DECLARATION OF JOSEF NUSSBAUM

I, Josef Nussbaum, declare that the following is true and correct:

1. I am admitted to practice in this Court and I am a partner at the firm Joseph & Kirschenbaum LLP, attorneys for Plaintiff Vance Erickson ("Plaintiff") in the above-entitled action. As such, I am familiar with all of the facts and circumstances in this action.

2. I submit this declaration in support of Plaintiff's Request for Certificate of Default, made pursuant to Fed. R. Civ. P. Rule 55(a) and Local Rule 55.1 of the Local Rules of the United States District Court for the Eastern District of New York, requesting an entry of a Certificate of Default Judgment against Defendant Pyramid Apex Corp. d/b/a Fellini West Village ("Defendant").

3. On February 14, 2025, Plaintiff commenced this action by filing the complaint. ECF No. 1.

4. On February 18, 2025, electronic summonses were issued to the Defendant. ECF No. 5.

5. A summons and copy of the complaint was properly served on Defendant on February 19, 2025, and Defendant's answer was due by March 12, 2025. ECF No. 12.

6. Defendant's time to respond to the complaint has expired, and it has failed to appear, plead, or otherwise defend the action.

7. Defendant, being a corporation, is neither an infant nor incompetent.

8. Defendant, being a corporation, is not presently in military service of the United States.

9. A request for certificate of default is attached hereto as "Exhibit A."

10. Wherefore, Plaintiff respectfully requests that the default of Defendant be noted and a certificate of default issued.

Dated: New York, NY
April 3, 2025

**JOSEPH & KIRSCHENBAUM LLP**

By: s/*Josef Nussbaum*
D. Maimon Kirschenbaum
Josef Nussbaum
32 Broadway, Suite 601
New York, NY 10004
(212) 688-5640
(212) 981-9587 (fax)