UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VANCE ERICKSON, on behalf of himself and others similarly situated,

        Plaintiff,

  v.

FELLINI SOHO CORP. d/b/a FELLINI SOHO, PYRAMID APEX CORP. d/b/a FELLINI WEST VILLAGE, FELLINI CHELSEA CORP. d/b/a FELLINI CHELSEA, and FRANCO NORIEGA,

        Defendants.

25 CV 1344 (JPO)

## CLERK'S CERTIFICATE OF DEFAULT

I, TAMMI M. HELLWIG, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on February 14, 2025 with the filing of a summons and complaint, a copy of the summons and complaint was served on Defendant Fellini Soho Corp. d/b/a Fellini Soho ("Defendant") on February 19, 2025 by personally serving Lina J. and proof of service was therefore filed on February 26, 2025. ECF No. 10. I further certify that the docket entries indicate that the Defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of Defendant Fellini Soho Corp. d/b/a Fellini Soho is hereby noted.

Dated: New York, New York
      April  9 , 2025

TAMMI M. HELLWIG
Clerk of Court

By: _____
        Deputy Clerk