UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VANCE ERICKSON, on behalf of himself and others similarly situated,<br><br>              Plaintiff,<br>   v.<br><br>FELLINI SOHO CORP. d/b/a FELLINI SOHO, PYRAMID APEX CORP. d/b/a FELLINI WEST VILLAGE, FELLINI CHELSEA CORP. d/b/a FELLINI CHELSEA, and FRANCO NORIEGA,<br><br>              Defendants. | 25 CV 1344 (JPO) |

## CLERK'S CERTIFICATE OF DEFAULT

I, TAMMI M. HELLWIG, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on February 14, 2025 with the filing of a summons and complaint, a copy of the summons and complaint was served on Defendant Franco Noriega ("Defendant") on February 21, 2025 by personally serving Lina J. and proof of service was therefore filed on February 26, 2025. ECF No. 11.  I further certify that the docket entries indicate that the Defendant has not filed an answer or otherwise moved with respect to the complaint herein.  The default of Defendant Franco Noriega is hereby noted.

Dated: New York, New York
       April _9_, 2025

                                            TAMMI M. HELLWIG
                                            Clerk of Court
                                            By: _____
                                                       Deputy Clerk