JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas Buzzard
Leah Seliger
Michael DiGiulio

32 Broadway, Suite 601
New York, NY 10004
Tel: 212-688-5640
Fax: 212-688-2548
www.jk-llp.com

April 15, 2025

**VIA ECF**

Honorable J. Paul Oetken
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re: *Erickson v. Fellini Soho Corp et al*, 25 CV 01344 (JPO)**

Dear Judge Oetken:

We represent Plaintiff Vance Erickson in the above-referenced matter. We write in response to the Court's March 31, 2025 Order to inform the Court that Plaintiff intends to move for a default judgment in this matter. The Clerk of Court entered certificates of default against all four defendants on April 9, 2025 (ECF nos. 28-31), and Plaintiff respectfully requests one month, until May 15, 2025, to file his motion for a default judgment.

We thank the Court for its attention to this matter.

Respectfully submitted,

**JOSEPH & KIRSCHENBAUM LLP**

s/*Josef Nussbaum*
Josef Nussbaum
32 Broadway, Suite 601
New York, NY 10004
(212) 688-5640