# JOSEPH & KIRSCHENBAUM LLP

Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas Buzzard
Leah Seliger
Michael DiGiulio

32 Broadway, Suite 601
New York, NY 10004
Tel: 212-688-5640
Fax: 212-688-2548
www.jk-llp.com


May 29, 2025

**VIA ECF**

Honorable J. Paul Oetken
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re: *Erickson v. Fellini Soho Corp et al*, 25 CV 01344 (JPO)**

Dear Judge Oetken:

We represent Plaintiff Vance Erickson in the above-referenced matter. As Your Honor may recall, the clerk of court entered certificates of default against all Defendants in this matter on April 9, 2025 (ECF Nos. 28-31) and our office has been preparing a motion for a default judgment which is due to be filed by June 4, 2025. *See* ECF No. 35.

We write to respectfully request permission to file a motion for class certification prior to moving for a default judgment. *See, e.g., Pichardo v. Bos. Post Food Corp.*, No. 22-CV-9157 (JPO), 2025 U.S. Dist. LEXIS 72222, at *5 (S.D.N.Y. Apr. 16, 2025) (holding that where a defendant defaults, a plaintiff may pursue class certification only if it does so before entry of default judgment) (Oetken J.). Here, the complaint clearly indicates that this is a putative class action and thus Defendants were on notice that Plaintiff intended to pursue this course of action. *See, id.* ("A motion is not untimely if a defendant[] had ample notice that the action was a putative class action, such as where "the caption and prayer for relief in [the plaintiff's] prior complaints indicated its intent to seek class status . . . .") (citation and quotations omitted). Accordingly, Plaintiff respectfully requests permission to file a motion for class certification first and to later file a motion for default judgment after the Court renders a decision on the certification motion. Plaintiff also respectfully requests until June 11, 2025 to file the motion for class certification. The reason or this request is that our office will be closed in observance of a Jewish holiday on June 2 and 3, 2025.

We thank the Court for its attention to this matter.

Respectfully submitted,

**JOSEPH & KIRSCHENBAUM LLP**

s/*Josef Nussbaum*
Josef Nussbaum
32 Broadway, Suite 601
New York, NY 10004
(212) 688-5640