# Exhibit 1

**Danny**

Hi Team

I just spoke with Franco and I certify that it is 5% of the toast system commission, in addition to that my commission for carrying out the

The weekly tip form is $50 which adds up to the amount of the discounts.

If one of you would you handle the tip form, you will need to submit it every Monday at 9 a.m.

If for any reason you make a mistake when sharing tips, it is your responsibility.

Let me know your thoughts.

Best

12:26 PM

> **Danny**
> All locations handle tips and they pay me a flat fee of $50. Management can't handle tips as per law it has to be done by employees. If you wish to do the tips i have no problem with that, just know if i don't get the tips by Monday at 9am checks will be delates until the next pay cycle
>
> 12:38 PM

**Danny**
We have been handling the tip system like this since the beggining of Fellini and we do it like this throughout all the stores. We can have an in person meeting to go over this as I feel through text we might be missing the point on both ends.
12:51 PM

Let us know when is good and we can schedule a meeting
12:52 PM