# Exhibit 2

| 17-Nov | | |
| --- | --- | --- |
| **Hourly Tips** | **Employee** | **Total Tips** |
| $ 10.96 | | $ 0 - |
| | Hannah Everett | $ 173.86 |
| | Ozlu Ezgui | $ 503.82 |
| | | $ 0 - |
| | | $ 0 - |
| | | $ 0 - |
| | Donalopolis Marina | $ - |
| | Erickson Vance | $ 362.94 |
| | Huebner Bryce | $ 67.04 |
| | Benjamin Greene | $ 179.77 |
| | Doerflein Zachery | $ 91.26 |
| | | $ 0 - |
| | Total | $ 1,378.69 |

## 12-Jan

| Hourly Tips | Employee | Total Tips |
|---|---|---|
| $ 6.31 | 0 | $ - |
| | Hannah Everett | $ 118.53 |
| | Ozlu Ezgui | $ 231.31 |
| | Phoenix Li | $ - |
| | Donalopolis Marina | $ 32.68 |
| | Erickson Vance | $ 70.46 |
| | Huebner Bryce | $ - |
| | Benjamin Greene | $ 131.27 |
| | Doerflein Zachery | $ 43.53 |
| | 0 | $ - |
| | Total | $ 627.77 |

## 19-Jan

| Tips per Hour | Employee | Total Tips |
|---|---|---|
| $ 6.30 | | $ - |
| | Hannah Everett | $ 105.83 |
| | Ozlu Ezgui | $ 124.23 |
| | Donalopolis Marina | $ 47.71 |
| | Erickson Vance | $ 84.33 |
| | Huebner Bryce | $ 33.28 |
| | Benjamin Greene | $ 109.80 |
| | Doerflein Zachery | $ 71.29 |
| | Phoenix Li | $ 41.91 |
| | Total | $ 618.38 |

## 29-Sep

| Tips per Hour | Employee | Total Tips |
|---|---|---|
| $ 12.88 | Vega Miguel | $ 489.28 |
| | Greene Benjamin | $ 493.27 |
| | Jaramillo Lina | $ 394.64 |
| | Karskens Mathilde | $ 470.73 |
| | Murmylo Jennifer | $ 99.14 |
| | Oliver Erik | - |
| | Difede Paulina | $ 506.91 |
| | Dikanovic Lana | $ 537.95 |
| | Ferro Fer | $ 290.60 |
| | Hanna Everett | - |
| | Nutsa | $ 469.58 |
| | Lorena Lannes | - |
| | Allen Peyton | $ 420.91 |
| | Lopo Pedro | $ 168.41 |
| | Vela Daniela | $ 407.39 |
| | Total | $ 4,748.80 |

## 6-Oct

| Hourly Tips | Employee | Total Tips |
|---|---|---|
| $ 11.11 | Vega Miguel | $ 426.71 |
| | Greene Benjamin | $ 435.26 |
| | Jaramillo Lina | $ 357.07 |
| | Karskens Mathilde | $ 351.19 |
| | Murmylo Jennifer | $ - |
| | Ezgi Ozlu | $ 180.70 |
| | Difede Paulina | $ 462.14 |
| | Dikanovic Lana | $ 462.03 |
| | Erickson Vance | $ 185.03 |
| | Olivero Susana | $ 161.49 |
| | Ferro Fer | $ 268.22 |
| | Hanna Everett | $ 182.37 |
| | Allen Peyton | $ 336.52 |
| | Vela Daniela | $ 262.67 |
| | Nutsa Khvedelidze | $ 376.84 |
| | Total | $ 4,448.23 |

## 13-Oct

| Tips per Hour | Employee | Total Tips |
|---|---|---|
| $ 12.48 | Vega Miguel | $ 459.79 |
| | Greene Benjamin | $ 478.77 |
| | Jaramillo Lina | $ 265.54 |
| | Karskens Mathilde | $ 496.25 |
| | Nicole Noriega | $ 202.99 |
| | Ezgi Ozlu | $ 198.12 |
| | Difede Paulina | $ 495.37 |
| | Dikanovic Lana | $ 513.85 |
| | Ferro Fer | $ 300.74 |
| | Hanna Everett | $ 305.11 |
| | Nutsa Khvedelidze | $ 469.41 |
| | Erickson Vance | $ 208.49 |
| | Allen Peyton | $ 300.87 |
| | Olivero Susana | $ 91.38 |
| | Vela Daniela | $ 330.96 |
| | Total | $ 5,117.65 |

## 20-Oct

| Hourly Tips | Employee | Total Tips |
|---|---|---|
| $ 12.95 | Vega Miguel | $ 508.56 |
| | Greene Benjamin | $ 492.51 |
| | Jaramillo Lina | $ 380.61 |
| | Karskens Mathilde | $ 506.75 |
| | Noriega Nicole | $ 193.22 |
| | Ezgi Ozlu | $ 209.41 |
| | Difede Paulina | $ 552.99 |
| | Dikanovic Lana | $ 527.60 |
| | Erickson Vance | $ 422.19 |
| | Olivero Susana | $ 92.60 |
| | Ferro Fer | $ 313.53 |
| | Hanna Everett | $ 317.93 |
| | Allen Peyton | $ - |
| | Vela Daniela | $ 432.03 |
| | Nutsa Khvedelidze | $ 499.50 |
| | Total | $ 5,449.43 |

## 2-Nov

| Hourly Tips | Employee | Total Tips |
|---|---|---|
| $ 10.68 | Vega Miguel | $ - |
| | Greene Benjamin | $ 325.70 |
| | Jaramillo Lina | $ 378.55 |
| | Karskens Mathilde | $ 324.32 |
| | Noriega Nicole | $ - |
| | Ezgi Ozlu | $ 85.30 |
| | Difede Paulina | $ 429.36 |
| | Dikanovic Lana | $ 432.56 |
| | Erickson Vance | $ 255.03 |
| | Elroy Rosenberg | $ 347.16 |
| | Ferro Fer | $ 172.51 |
| | Hanna Everett | $ 252.47 |
| | Allen Peyton | $ 238.27 |
| | Vela Daniela | $ 76.54 |
| | Nutsa Khvedelidze | $ 450.50 |
| | Total | $ 3,768.28 |

## 9-Nov

| Tips per Hour | Employee | Total Tips |
|---|---|---|
| $ 9.89 | Vega Miguel | $ - |
| | Greene Benjamin | $ 370.88 |
| | Jaramillo Lina | $ 384.93 |
| | Karskens Mathilde | $ 363.96 |
| | Nicole Noriega | $ 49.45 |
| | Ezgi Ozlu | $ - |
| | Difede Paulina | $ 404.41 |
| | Dikanovic Lana | $ 406.98 |
| | Ferro Fer | $ - |
| | Hanna Everett | $ 160.62 |
| | Nutsa Khvedelidze | $ 373.35 |
| | Erickson Vance | $ - |
| | Elroy Rosenberg | $ 237.36 |
| | Allen Peyton | $ 334.59 |
| | Vela Daniela | $ 91.78 |
| | Total | $ 3,178.31 |

## 24-Nov

| Tips per Hour | Employee | Total Tips |
|---|---|---|
| $ 9.30 | 0 | $ - |
| | Greene Benjamin | $ 194.00 |
| | Jaramillo Lina | $ 326.22 |
| | Karskens Mathilde | $ 253.92 |
| | Nicole Noriega | $ - |
| | 0 | $ - |
| | Difede Paulina | $ 366.60 |
| | Dikanovic Lana | $ 372.19 |
| | Ferro Fer | $ 76.67 |
| | 0 | $ - |
| | Nutsa Khvedelidze | $ 299.05 |
| | Erickson Vance | $ - |
| | Elroy Rosenberg | $ 274.95 |
| | Allen Peyton | $ 200.89 |
| | Vela Daniela | $ 195.49 |
| | Total | $ 2,559.98 |

## 24-Nov

| Tips per Hour | Employee | Total Tips |
|---|---|---|
| $ .66 | | $ 0 - |
| | Hannah Everett | $ 124.11 |
| | Ozlu Ezgui | $ 315.01 |
| | | $ 0 - |
| | | $ 0 - |
| | | $ 0 - |
| | Donalopolis Marina | $ 74.69 |
| | Erickson Vance | $ 205.77 |
| | Huebner Bryce | $ 42.29 |
| | Benjamin Greene | $ 122.80 |
| | Doerflein Zachery | $ 61.82 |
| | | $ 0 - |
| | Total | $ 946.49 |

## 1-Dec

| Hourly Tips | Employee | Total Tips |
|---|---|---|
| $ 8.39 | | $ 0 - |
| | Hannah Everett | $ 117.99 |
| | Ozlu Ezgui | $ 305.99 |
| | | $ 0 - |
| | | $ 0 - |
| | | $ 0 - |
| | Donalopolis Marina | $ 41.09 |
| | Erickson Vance | $ 201.17 |
| | Huebner Bryce | $ 42.60 |
| | Benjamin Greene | $ 120.00 |
| | Doerflein Zachery | $ 162.01 |
| | | $ 0 - |
| | Total | $ 990.85 |

## 8-Dec

| Tips per Hour | Employee | Total Tips |
|---|---|---|
| $ 10.06 | | $ - |
| | Hannah Everett | $ 124.49 |
| | Ozlu Ezgui | $ 390.86 |
| | Donalopolis Marina | $ - |
| | Erickson Vance | $ 289.30 |
| | Huebner Bryce | $ 72.00 |
| | Benjamin Greene | $ 40.52 |
| | Doerflein Zachery | $ 128.31 |
| | 0 | $ - |
| | Total | $ 1,045.48 |

## 15-Dec

| Hourly Tips | Employee | Total Tips |
|---|---|---|
| $ 9.67 | | $ 0 - |
| | Hannah Everett | $ 172.57 |
| | Ozlu Ezgui | $ 364.96 |
| | | $ 0 - |
| | | $ 0 - |
| | | $ 0 - |
| | Donalopolis Marina | $ 47.86 |
| | Erickson Vance | $ 254.07 |
| | Huebner Bryce | $ - |
| | Benjamin Greene | $ 122.30 |
| | Doerflein Zachery | $ 67.77 |
| | | $ 0 - |
| | Total | $ 1,029.53 |

## 22-Dec

| Tips per Hour | Employee | Total Tips |
|---|---|---|
| $ 7.81 | | $ - |
| | Hannah Everett | $ 95.51 |
| | Ozlu Ezgui | $ 330.89 |
| | Donalopolis Marina | $ - |
| | Erickson Vance | $ 210.62 |
| | Huebner Bryce | $ 91.53 |
| | Benjamin Greene | $ 50.29 |
| | Doerflein Zachery | $ - |
| | 0 | $ - |
| | Total | $ 778.85 |

## 29-Dec

| Hourly Tips | Employee | Total Tips |
|---|---|---|
| $ 8.01 | 0 | $ - |
| | Hannah Everett | $ 49.88 |
| | Ozlu Ezgui | $ 418.79 |
| | Phoenix Li | $ 88.39 |
| | Donalopolis Marina | $ 39.07 |
| | Erickson Vance | $ - |
| | Huebner Bryce | $ - |
| | Benjamin Greene | $ - |
| | Doerflein Zachery | $ - |
| | 0 | $ - |
| | Total | $ 596.13 |

## 5-Jan

| Tips per Hour | Employee | Total Tips |
|---|---|---|
| $ 5.54 | | $ - |
| | Hannah Everett | $ 69.27 |
| | Ozlu Ezgui | $ 259.30 |
| | Donalopolis Marina | $ 25.53 |
| | Erickson Vance | $ - |
| | Huebner Bryce | $ 25.03 |
| | Benjamin Greene | $ 67.33 |
| | Doerflein Zachery | $ 30.90 |
| | 0 | $ - |
| | Total | $ 477.35 |

## 5-Jan

| Tips per Hour | Employee | Total Tips |
|---|---|---|
| $ 5.54 | | $ - |
| | Hannah Everett | $ 69.27 |
| | Ozlu Ezgui | $ 259.30 |
| | Donalopolis Marina | $ 25.53 |
| | Erickson Vance | $ - |
| | Huebner Bryce | $ 25.03 |
| | Benjamin Greene | $ 67.33 |
| | Doerflein Zachery | $ 30.90 |
| | Phoenix Li | $ 68.83 |
| | Total | $ 546.17 |

## 27-Oct

| Tips per Hour | Employee | Total Tips |
|---|---|---|
| $ 10.97 | Vega Miguel | $ 410.23 |
| | Greene Benjamin | $ 404.41 |
| | Jaramillo Lina | $ 318.26 |
| | Karskens Mathilde | $ 423.40 |
| | Nicole Noriega | $ 57.40 |
| | Ezgi Ozlu | $ 179.43 |
| | Difede Paulina | $ 451.71 |
| | Dikanovic Lana | $ 462.03 |
| | Ferro Fer | $ 188.98 |
| | Hanna Everett | $ 264.49 |
| | Nutsa Khvedelidze | $ 411.98 |
| | Erickson Vance | $ 366.55 |
| | Elroy Rosenberg | $ 89.00 |
| | Olivero Susana | $ - |
| | Vela Daniela | $ 347.45 |
| | Total | $ 4,375.33 |

## 10-Nov

| Tips per Hour | Employee | Total Tips |
|---|---|---|
| $ 14.02 | 0 - | $ |
| | Vance, Erickson | $ 450.14 |
| | Coogan Brenna | $ 98.13 |
| | Huebner Bryce | $ 82.57 |
| | Jeante Smith | $ 169.77 |
| | Mariana Urrego | $ 78.08 |
| | Taylor Besen | $ 70.09 |
| | Zachery Doerflein | $ 112.15 |
| | Juan Fertitta | $ 84.11 |
| | Corey Kiser | $ 42.06 |
| | Donovan Michael | $ 96.59 |
| | 0 - | $ |
| Total | | $ 1,283.69 |