JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas C. Buzzard
Leah Seliger
Michael DiGiulio

32 Broadway, Suite 601
New York, NY 10004
Phone (212) 688-5640
Fax (212) 688-2548
www.jk-llp.com

**D. MAIMON KIRSCHENBAUM**
**Maimon@jk-llp.com**
**(917) 841-3342**

July 9, 2025

**VIA ECF**

Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> **Re:    Erickson v. Fellini Soho Corp et al**
> **No. 25-cv-01344-JPO**

Dear Judge Oetken:

We represent Plaintiff in the above-captioned matter.

On June 11, 2025, Plaintiff filed a motion for Class Certification and for discovery relating to Plaintiff's anticipated default motion.  On June 20, 2025, Brent Pohlman, Esq., contacted me by email and by telephone and informed me that he represented Defendants.  Mr. Pohlman indicated that Defendants were aware of the default and of Plaintiff's motion for class certification.   Since then, Defendants have not opposed Plaintiff's motion for class certification and discovery.  As such, we respectfully note that (a) Defendants are clearly aware of the motion and have been since at latest June 20, 2025, (b) the motion is unopposed, and (c) to the extent the Court deems it necessary, we are available at the Court's convenience to discuss the motion and/or possible next steps.

Respectfully submitted,

*/s/ D. Maimon Kirschenbaum*

D. Maimon Kirschenbaum