# JOSEPH & KIRSCHENBAUM LLP

Attorneys at Law

| | |
|---|---|
| Charles Joseph | 45 Broadway, Suite 320 |
| D. Maimon Kirschenbaum | New York, NY 10006 |
| Denise Schulman | Tel: 212-688-5640 |
| Josef Nussbaum | Fax: 212-981-9587 |
| Lucas Buzzard | www.jk-llp.com |
| Leah Seliger | |
| Michael DiGiulio | |

September 30, 2025

**<u>VIA ECF</u>**

Honorable J. Paul Oetken
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Erickson v. Fellini Soho Corp. et al*, 25 CV 01344 (JPO)

Dear Judge Oetken:

We represent Plaintiff, opt-in Plaintiffs and the Fed. R. Civ. P. 23 Class (collectively, "Plaintiffs") in the above-referenced matter. As set forth below, our office has been in contact with an attorney who informed us that he represents Defendants in this matter (though he has not formally appeared in this case), however we have been unsuccessful in securing production of information we need to prosecute Plaintiffs' claims. For the reasons set forth below, we respectfully request that the Court (1) schedule a teleconference to discuss discovery in this matter, and (2) order Defendants' attorney to appear at the conference to clarify his role in this matter.

As Your Honor may recall, Defendants never formally appeared with counsel and have not filed an answer in this case. On April 9, 2025, Plaintiffs obtained certificates of default against all Defendants. ECF Nos. 28-31. On August 18, 2025, the Court certified this case as a class action and permitted Plaintiffs to take discovery from Defendants in advance of our anticipated motion for a classwide default judgment (the "Discovery Order"). ECF No. 46.  Since the Court issued the Discovery Order our office has been in contact with an attorney, Brent Pohlman of the law firm Mandelbaum Barrett PC, who informed us that he represents Defendants. In August 2025, we discussed the case with Mr. Pohlman as well as the Court's Discovery Order, and Mr. Pohlman agreed to produce the discovery Plaintiffs require to pursue their claims. Specifically, we requested that Defendants produce: (1) a list of all class members (including their names, locations worked, and dates of employment), (2) year-end payroll records for individual class members, (3) year-end company-wide payroll records for each defendant location, (4) all tip allocation sheets used at defendants' locations, and (5) records of all payment made by Fellini to their bookkeeper, Danny Zambrano.  Mr. Pohlman acknowledged receipt of this request and stated that he was working on getting us the information. However, since that time, and despite our multiple requests for updates

from Mr. Pohlman, we have been unable to secure anything but vague promises that he will produce the information he agreed to produce. Given the foregoing, we respectfully request that the Court (1) schedule a teleconference to discuss discovery in this matter, and (2) order Defendants' attorney to appear at the conference to clarify his role in this matter.  We will, of course, serve any order requiring Mr. Pohlman to appear at a conference and file a certificate of service on the docket to that effect.

We thank the Court for its attention to this matter.

Respectfully submitted,

**JOSEPH & KIRSCHENBAUM LLP**

    s/*Josef Nussbaum*
Josef Nussbaum
45 Broadway, Suite 320
New York, NY 10006
(212) 688-5640