Brent R. Pohlman, Esq. (Attorney I.D. No.: 046612005)
**MANDELBAUM BARRETT PC**
3 Becker Farm Road, Suite 105
Roseland, New Jersey 07068
Ph.: (973) 736-4600
Fax: (973) 325-7467
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VANCE ERIKSON, *et al., on behalf of themselves and all others similarly situated,*<br><br>Plaintiffs,<br><br>-v-<br><br>FELLINI SOHO GROUP, *et al.,*<br><br>Defendants. | 25-CV-1344 (JPO)<br><br>**NOTICE OF ENTRY OF APPEARANCE** |

     **PLEASE TAKE NOTICE** that Brent R. Pohlman, Esq., with the law firm of Mandelbaum

Barrett PC, hereby enters an appearance for and on behalf of Defendants, Fellini Soho Group, et

al., in the above captioned matter.

                                           **MANDELBAUM BARRETT PC**
                                           *Attorneys for Defendants*

                                          /s/ ***Brent Pohlman***

                                          _____
                                          BRENT R. POHLMAN, ESQ.

Dated: October 28, 2025

4927-5384-6133, v. 1