# JOSEPH & KIRSCHENBAUM LLP

Attorneys at Law

| | |
|---|---|
| Charles Joseph | 45 Broadway, Suite 320 |
| D. Maimon Kirschenbaum | New York, NY 10006 |
| Denise Schulman | Tel: 212-688-5640 |
| Josef Nussbaum | Fax: 212-981-9587 |
| Lucas Buzzard | www.jk-llp.com |
| Leah Seliger | |
| Michael DiGiulio | |

November 10, 2025

**VIA ECF**

Honorable J. Paul Oetken
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Erickson v. Fellini Soho Corp. et al*, 25 CV 01344 (JPO)

Dear Judge Oetken:

We represent Plaintiff, opt-in Plaintiffs and the Fed. R. Civ. P. 23 Class (collectively, "Plaintiffs") in the above-referenced matter. We write to respectfully request that the Court Order Defendants to produce, by November 20, 2025, the discovery their counsel agreed to produce in August 2025, or to be held in contempt of Court. Plaintiff has been seeking this information since August 21, 2025, when it served, pursuant to this Court's Order, discovery requests on Defendants.

Pursuant to Rule 3.D. of the Court's Individual Rules and Practices, the undersigned requested via email, on at least four occasions in the last two weeks, that Defendants meet and confer with Plaintiffs about discovery. Defendants did not provide us with any dates that they were available to meet. Given the impending December 16, 2025 discovery deadline (ECF No. 46 at 11), and the fact that Defendants are snubbing our efforts to properly and efficiently conduct discovery, we have been left with no choice but to alert the Court about the below discovery issues without having first conferred with Defendants' counsel.

By way of brief background, until very recently, Defendants did not formally appear with counsel and they never filed an answer in this case. On April 9, 2025, Plaintiffs obtained certificates of default against all Defendants. ECF Nos. 28-31. On August 18, 2025, the Court certified this case as a class action and permitted Plaintiffs to take discovery from Defendants in advance of our anticipated motion for a classwide default judgment (the "Discovery Order"). ECF No. 46.

On October 1, 2025, the undersigned wrote the Court that our office had been in contact with Defendants' attorney, Brent Pohlman, who informed us that he represents Defendants and

agreed to produce discovery necessary for Plaintiffs' anticipated motion for a default judgment. Specifically, in August 2025, we discussed the case with Mr. Pohlman, and he agreed to produce: (1) a list of all class members (including their names, locations worked, and dates of employment), (2) year-end payroll records for individual class members, (3) year- end company-wide payroll records for each defendant location, (4) all tip allocation sheets used at defendants' locations, and (5) records of all payment made by Fellini to their bookkeeper, Danny Zambrano. In our October 1st letter, we further informed the Court that despite our multiple requests for updates from Mr. Pohlman, we were unable to secure anything but vague promises that his clients would produce the information they agreed to produce. Accordingly, the Court scheduled a conference for October 21, 2025 and Ordered Mr. Pohlman to appear. ECF No. 48.

The Court held the conference on October 21, 2025. Mr. Pohlman appeared at the conference and confirmed that he represented Defendants on other matters but that he would soon know if he represented Defendants in this matter. One week later, on October 28, 2025, Mr. Pohlman filed a notice of appearance on behalf of all Defendants in this case. ECF No. 49. Immediately after the notice of appearance was filed, on October 28, 29, November 3, and 4, 2025, the undersigned emailed Mr. Pohlman to set up a meet and confer to agree on a schedule for production of the information he agreed to produce months ago. These requests have essentially been ignored.

Given the foregoing, we respectfully request that the Court order Defendants' to produce all the discovery outlined above—which they had previously agreed to produce three months ago—by no later than November 20, 2025 or be held in contempt of Court.

Should Your Honor wish to set a teleconference related to the foregoing, we remain at the Court's disposal.

We thank the Court for its attention to this matter.

Respectfully submitted,

**JOSEPH & KIRSCHENBAUM LLP**

s/*Josef Nussbaum*
Josef Nussbaum
45 Broadway, Suite 320
New York, NY 10006
(212) 688-5640

2