UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VANCE ERICKSON, *et al.*, *on behalf of themselves and others similarly situated*,<br>　　　　　　　　　　　　　　Plaintiffs,<br><br>　　　　　　-v-<br><br>FELLINI SOHO CORP., *et al.*,<br>　　　　　　　　　　　　　　Defendants. | 25-CV-1344 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

　　Before the Court is Plaintiffs' letter motion requesting that it order Defendants to produce discovery or be held in contempt of Court. (ECF No. 51.) The motion is GRANTED. By November 21, 2025, Defendants must produce (1) a list of all class members (including their names, locations worked, and dates of employment), (2) year-end payroll records for individual class members, (3) year-end company-wide payroll records for each Defendant location, (4) all tip allocation sheets used at Defendants' locations, and (5) records of all payment made by Defendants to their bookkeeper, Danny Zambrano. If Defendants fail to comply with this order, they will be held in contempt.

　　The Clerk of Court is directed to close the motion at Docket Number 51.

　　SO ORDERED.

Dated: November 17, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　J. PAUL OETKEN
　　　　　　　　　　　　　　　　　　　　　　United States District Judge