# JOSEPH & KIRSCHENBAUM LLP

Attorneys at Law

| | |
|---|---|
| Charles Joseph | 45 Broadway, Suite 320 |
| D. Maimon Kirschenbaum | New York, NY 10006 |
| Denise Schulman | Tel: 212-688-5640 |
| Josef Nussbaum | Fax: 212-981-9587 |
| Lucas Buzzard | www.jk-llp.com |
| Leah Seliger | |
| Michael DiGiulio | |

January 27, 2026

**VIA ECF**

Honorable J. Paul Oetken
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re: *Erickson v. Fellini Soho Corp. et al*, 25 CV 01344 (JPO)**

Dear Judge Oetken:

We represent Plaintiff, opt-in Plaintiffs and the Fed. R. Civ. P. 23 Class (collectively, "Plaintiffs") in the above-referenced matter. Earlier today our office filed a letter-motion related to the instant action. In that letter, we referenced an exhibit, however the exhibit was not filed together with the letter. Accordingly, we write to attach that exhibit here as Exhibit A."

We thank the Court for its attention to this matter.

Respectfully submitted,

**JOSEPH & KIRSCHENBAUM LLP**

    s/*Josef Nussbaum*
Josef Nussbaum
45 Broadway, Suite 320
New York, NY 10006
(212) 688-5640