# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

| | |
|---|---|
| VANCE ERICKSON, ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED, | CIVIL ACTION NO.: 22 CV 518 |
| PLAINTIFF, | |
| V. | |
| FELLINI SOHO CORP. D/B/A FELLINI SOHO, PYRAMID APEX CORP. D/B/A FELLINI WEST VILLAGE, | |

FELLINI CHELSEA CORP. D/B/A FELLINI CHELSEA, AND FRANCO NORIEGA,

DEFENDANTS.

-----------------------------------------------------------------X

**IF YOU WERE EMPLOYED AS A BARISTA OR SERVER AT THE FELLINI CAFES IN SOHO, THE WEST VILLAGE, OR CHELSEA AT ANY TIME ON OR AFTER FEBRUARY 14, 2019, PLEASE READ THIS NOTICE.**

- PLAINTIFF VANCE ERICKSON HAS BROUGHT A LAWSUIT AGAINST FELLINI SOHO CORP., PYRAMID APEX CORP., FELLINI CHELSEA CORP., AND FRANCO NORIEGA (COLLECTIVELY, "DEFENDANTS"). THE LAWSUIT

ALLEGES THAT THE FELLINI CAFES IN SOHO, THE WEST VILLAGE, AND CHELSEA NEIGHBORHOODS OF MANHATTAN ("FELLINI") ILLEGALLY MISAPPROPRIATED A PORTION OF TIPPED EMPLOYEES TIPS.

- THE COURT HAS ALLOWED THE LAWSUIT TO PROCEED AS A CLASS ACTION UNDER THE NEW YORK LABOR LAW. THE CLASS CONSISTS ALL TIPPED FOOD SERVICE EMPLOYEES (BARISTAS AND BARTENDERS), OTHER THAN MANAGERS, WHO WERE EMPLOYED AT FELLINI ANY TIME SINCE FEBRUARY 14, 2025. IN A CLASS ACTION LAWSUIT, ONE OR MORE PEOPLE CALLED THE "CLASS REPRESENTATIVE" SUE ON BEHALF OF OTHER PEOPLE WHO HAVE SIMILAR CLAIMS, CALLED THE "CLASS." IN THIS CASE, THE CLASS

REPRESENTATIVES ARE NAMED PLAINTIFF VANCE ERICKSON AND PEYTON ALLEN AND HANNAH EVERETT, WHO JOINED THE LAWSUIT AFTER IT WAS FILED. CLASS MEMBERS ARE AUTOMATICALLY INCLUDED IN THE CASE UNLESS THEY CHOOSE TO EXCLUDE THEMSELVES, IN WRITING, FROM THE CLASS.

- THE HONORABLE J. PAUL OETKEN, UNITED STATES DISTRICT COURT JUDGE FOR THE SOUTHERN DISTRICT OF NEW YORK, IS OVERSEEING THIS LAWSUIT. THIS CLASS ACTION LAWSUIT IS KNOWN AS *ERICKSON V. FELLINI SOHO CORP.*, CASE NO. 25 CV 1344. THIS NOTICE IS NOT AN EXPRESSION BY THE COURT OF ANY OPINION AS TO THE MERITS OF ANY CLAIMS OR DEFENSES BY EITHER PARTY TO THIS LAWSUIT.

# YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT

MAKE SURE TO READ THIS SECTION CAREFULLY TO UNDERSTAND YOUR OPTIONS.

## 1. REMAIN IN THE LAWSUIT

IF YOU DO NOTHING IN RESPONSE TO THIS NOTICE, YOU WILL REMAIN A MEMBER OF THE CLASS. THIS MAY ALLOW YOU TO RECEIVE MONEY OR OTHER BENEFITS THAT MAY COME FROM A JUDGMENT OR SETTLEMENT OF THIS CLASS ACTION LAWSUIT.

BY REMAINING A MEMBER OF THE CLASS, YOU GIVE UP THE RIGHT TO SEPARATELY BRING A LAWSUIT AGAINST DEFENDANTS FOR MISAPPROPRIATED TIPS UNDER THE

NEW YORK LABOR LAW. YOU WILL BE LEGALLY BOUND BY THE ORDERS AND JUDGMENTS THAT THE COURT ENTERS REGARDING THE CLASS CLAIMS.

IF YOU REMAIN IN THIS LAWSUIT AND THE CLASS REPRESENTATIVES SUCCEED IN PROVING THE CLAIMS AGAINST DEFENDANTS, YOU WILL BE NOTIFIED ABOUT HOW TO RECEIVE YOUR SHARE OF THE MONEY.

# 2. ASK TO BE EXCLUDED FROM THE LAWSUIT

IF YOU ASK TO BE EXCLUDED FROM THIS CLASS ACTION LAWSUIT, YOU WILL RETAIN THE RIGHT TO SUE DEFENDANTS SEPARATELY. IF YOU ARE EXCLUDED, YOU WILL NOT BE ENTITLED TO A SHARE IN ANY MONEY THAT THE CLASS MAY OBTAIN FROM DEFENDANTS FROM EITHER A TRIAL OR A SETTLEMENT IN THIS LAWSUIT. IF YOU WISH TO REQUEST EXCLUSION FROM THE CLASS, YOU MUST WRITE TO CLASS COUNSEL ON OR BEFORE [**30 DAYS FROM DATE OF MAILING**] AND REQUEST TO BE EXCLUDED:

JOSEF NUSSBAUM, ESQ.
JOSEPH & KIRSCHENBAUM LLP
45 BROADWAY, SUITE 320
NEW YORK, NY 10006

THE EXCLUSION REQUEST MUST BE POSTMARKED BY [30 DAYS FROM DATE OF MAILING].

3. THE LAWYERS REPRESENTING THE CLASS

THE LAW FIRM JOSEPH & KIRSCHENBAUM LLP IS REPRESENTING YOU AND ALL CLASS MEMBERS AND HAS BEEN DESIGNATED "CLASS COUNSEL" IN THIS LAWSUIT. ACCORDINGLY, IF YOU CHOOSE TO REMAIN IN THE CLASS, YOU DO NOT NEED TO HIRE YOUR OWN ATTORNEY BECAUSE CLASS COUNSEL WILL REPRESENT YOU AND ALL OTHER CLASS MEMBERS. NEVERTHELESS, YOU ARE PERMITTED TO HIRE A SEPARATE ATTORNEY IF YOU SO CHOOSE.

AS CLASS COUNSEL, JOSEPH & KIRSCHENBAUM LLP IS HANDLING THIS MATTER ON A CONTINGENCY BASIS. IN OTHER WORDS, CLASS COUNSEL WILL BE PAID OUT OF ANY RECOVERY AND WILL NOT BE PAID AT ALL IF THERE IS NO RECOVERY. IF THE CLASS MEMBERS PREVAIL ON THEIR CLAIMS AGAINST DEFENDANTS, CLASS COUNSEL WILL MAKE AN APPLICATION TO THE COURT FOR THE RECOVERY OF FEES AND LEGAL COSTS AND EXPENSES. CLASS COUNSEL MAY SEEK ATTORNEYS' FEES TOTALING ONE-THIRD OF ANY SETTLEMENT FUND OR JUDGMENT RECOVERED ON BEHALF OF THE CLASS OR THE VALUE OF THEIR TIME SPENT WORKING ON THIS CASE AS WELL AS REIMBURSEMENT OF THEIR EXPENSES.

# **TO GET MORE INFORMATION**

YOU CAN OBTAIN MORE INFORMATION ABOUT THIS LAWSUIT BY CONTACTING CLASS COUNSEL:

JOSEF NUSSBAUM, ESQ.
JOSEPH & KIRSCHENBAUM LLP
45 BROADWAY, SUITE 320
NEW YORK, NY 10006
212-688-5640
[JNUSSBAUM@JK-LLP.COM](mailto:JNUSSBAUM@JK-LLP.COM)