UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VANCE ERICKSON, *et al.*, *on behalf of themselves and all others similarly situated*,<br><br>                              Plaintiffs,<br><br>              -v-<br><br>FELLINI SOHOP CORP, *et al.*,<br>                              Defendants. | 25-CV-1344 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

On January 27, 2026, Plaintiffs filed a letter motion requesting that the Court set a schedule for notifying class members of the class action, set a schedule for a default judgment motion, extend the discovery deadline, and order Defendants to complete their production and appear for depositions forthwith.  (ECF No. 55.)

Plaintiffs' proposed notice to disseminate to the class, attached as Exhibit A to Docket Number 56, is approved.

Class counsel shall disseminate notice of the class action to class members within fourteen days of the receipt of the Class List, as defined in Plaintiffs' letter at Docket Number 55, from Defendants.  Class members shall be afforded thirty days to opt out of the class action (the "Opt-Out Deadline").  Class counsel shall file the motion for default judgment within thirty days of the Opt-Out Deadline.

The discovery deadline is extended during the class notice process.

Defendants are ordered to produce all class members' outstanding W-2 forms and 2025 year-to-date payroll records and a complete and accurate Class List within one week of the date

of this Order.  Defendants are further ordered to appear for depositions within two weeks of

completing their document production.

      SO ORDERED.

Dated: February 2, 2026
      New York, New York

                                     _____
                                        J. PAUL OETKEN
                                   United States District Judge

2