# JOSEPH & KIRSCHENBAUM LLP

Attorneys at Law

| | |
|---|---:|
| Charles Joseph | 45 Broadway, Suite 320 |
| D. Maimon Kirschenbaum | New York, NY 10006 |
| Denise Schulman | Tel: 212-688-5640 |
| Josef Nussbaum | Fax: 212-981-9587 |
| Lucas Buzzard | www.jk-llp.com |
| Leah Seliger | |
| Michael DiGiulio | |

February 12, 2026

**VIA ECF**

Honorable J. Paul Oetken
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: <em>Erickson v. Fellini Soho Corp. et al</em>, 25 CV 01344 (JPO)

Dear Judge Oetken:

We represent Plaintiff, opt-in Plaintiffs and the Fed. R. Civ. P. 23 Class (collectively, "Plaintiffs") in the above-referenced matter. We write to respectfully inform the Court that Defendants continue to flout the Court's Orders and have still not produced all outstanding discovery, including the class list. For the reasons set forth below, Plaintiffs respectfully request that the Court Order Defendants to produce the all outstanding information immediately or face contempt sanctions.

By way of brief background, on February 2, 2026, the Court approved Plaintiffs' proposed schedule for notifying class member about the class certification decision and to complete fact discovery. ECF No. 57. In that Order, the court provided that:

> Defendants are ordered to produce all class members' outstanding W-2 forms and 2025 year-to-date payroll records and a complete and accurate Class List within one week of the date of this Order. Defendants are further ordered to appear for depositions within two weeks of completing their document production

*Id*. at 1-2. In other words, all outstanding W-2 forms and payroll records, as well the Class List were due to be produced by this past Monday February 12, 2026. Despite the Court's unambiguous Order, Defendants have not produced anything since the Order was issued. In so doing, Defendants have also pushed out the deposition schedule and class notice schedule which are both keyed to the date by which they finalize their document production and produce a class list. Plaintiffs also respectfully note that this is not Defendants' (who are in default) first time flouting Court Orders in this litigation and, on November 17, 2025, the Court had Ordered Defendants to produce certain

information under threat of contempt sanctions in order to force Defendants to comply. Apparently, Defendants believe they do not need to abide by Court Orders and only the threat of contempt sanctions will get their attention.

Accordingly, for all the above reasons, Plaintiffs respectfully request that the Court Order Defendants to comply with the February 2, 2026 by no later than Tuesday February 17 or face contempt sanctions.

We thank the Court for its attention to this matter.

Respectfully submitted,

**JOSEPH & KIRSCHENBAUM LLP**

<u>   s/*Josef Nussbaum*</u>
Josef Nussbaum
45 Broadway, Suite 320
New York, NY 10006
(212) 688-5640