

**JOSHUA S. BAUCHNER, ESQ.**
**PARTNER**
Mandelbaum Barrett PC
570 Lexington Avenue, 21st Floor
New York, NY 10022
jbauchner@mblawfirm.com
T: (646) 369-0250
F: (973) 325-7467

February 19, 2026

**VIA ELECTRONIC FILING**

Honorable J. Paul Oetken
Thurgood Marshall - United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    Erickson v. Fellini Soho Corp et al.
               Case No.: 1:25-cv-01344-JPO

Dear Judge Oetken:

    We represent Defendants in the above-referenced matter. My former partner, Brent Pohlman, Esq., who was counsel of record and the only attorney receiving docket notices for this case, recently left the firm. Unfortunately, as a result, Defendants were unaware of Plaintiff's counsel's Letter Motion on February 12th or the ordered conference on February 17th. We apologize to both the Court and counsel for this error and related inconvenience and delay. I am the relationship partner and this case has been reassigned. Notices of Appearances will be filed today. Defendants, of course, will immediately cure any persisting discovery deficiencies. My office reached out to Plaintiff's counsel this morning in order to schedule a call to discuss the missing items and a path forward. If the Court prefers, we will appear for a telephonic conference to address these issues.

    We appreciate the consideration of the Court and counsel, as we work to expeditiously rectify this situation, and, again, offer our most sincere apologies.

                                  Respectfully submitted,
                                  **MANDELBAUM BARRETT PC**

                       By: _____
                             JOSHUA S. BAUCHNER, ESQ.