UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VANCE ERICKSON, on behalf of himself and others similarly situated,<br><br>        Plaintiffs,<br>-v-<br><br>FELLINI SOHO CORP. d/b/a FELLINI SOHO, PYRAMID APEX CORP. d/b/a FELLINI WEST VILLAGE, FELLINI CHELSEA CORP. d/b/a FELLINI CHELSEA, and FRANCO NORIEGA<br><br>        Defendants. | Civil Action No. 1:25-CV-1344 (JPO)<br><br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Defendants Fellini Soho Corp d/b/a Fellini Soho, Pyramid Apex Corp. d/b/a Fellini West Village, Fellini Chelsea Corp. d/b/a Fellini Chelsea, and Franco Noriega in the above-captioned action, and requests that a copy of all future papers in this action be served upon the undersigned at the address stated below. I certify that I am admitted to practice before this Court.

Dated: February 20, 2026
   New York, New York

Respectfully submitted,

**MANDELBAUM BARRETT PC**

By _/s/ Joshua S. Bauchner_
Joshua S. Bauchner, Esq.
570 Lexington Avenue, 21st Floor,
New York, NY 10022
Telephone: (646) 369-0250
Email: jbauchner@mblawfirm.com

.