UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VANCE ERICKSON, on behalf of himself and other similarly situated,<br><br>      *Plaintiff,*<br>v.<br><br>FELLINI SOHO CORP. d/b/a FELLINI SOHO, PYRAMID APEX CORP. d/b/a FELLINI WEST VILLAGE, FELLINI CHELSEA CORP, d/b/a FELLINI CHELSEA, and FRANCO NORIEGA,<br>      *Defendants.* | Civil Action No.  1:25-cv-1344 (JPO)<br><br>**ANSWER, AFFIRMATIVE DEFENSES, AND DESIGNATION OF TRIAL <u>COUNSEL OF DEFENDANTS</u>**<br><br>**FLSA COLLECTIVE ACTION AND RULE 23 CLASS ACTION**<br><br>**DEMAND FOR JURY TRIAL** |

Defendants Fellini Soho Corp. d/b/a Fellini Soho, Pyramid Apex Corp. d/b/a Fellini West Village, Fellini Chelsea Corp. d/b/a Fellini Chelsea, and Franco Noriega (collectively referred to as the "Defendants") by way of Answer to the Complaint filed by Plaintiff Vance Erickson on behalf of himself and others similarly situated (the "Plaintiff"), state as follows:

## INTRODUCTION

1. Denied.

2. Denied.

3. Denied.

4. Denied.

## JURISDICTION AND VENUE

5. Admitted that Plaintiff asserts a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA") and alleges supplemental jurisdiction. Defendants deny any wrongdoing, liability, or that Plaintiff is entitled to any relief.

6. Admitted as to the fact that Plaintiff alleges venue is proper. Denied to the extent that Defendants lack personal knowledge that any acts or omissions give rise to a claim in this District.

## THE PARTIES

7. Admitted.

8. Admitted.

9. Admitted.

10. Admitted.

11. Admitted.

12. Admitted.

13. Admitted.

14. Admitted.

15. Admitted as to the fact that Franco Noriega has an ownership interest in certain entities.

16. Admitted.

17. Defendants lack sufficient knowledge to admit or deny the allegations contained in this paragraph of the Complaint and leave Plaintiff to his proofs.

## FLSA COLLECTIVE ACTION ALLEGATIONS

18. Denied that this action is a proper collective action claim or that any monetary damages are appropriate.

19. Defendants lack sufficient knowledge to admit or deny the allegations contained in this paragraph of the Complaint and leave Plaintiff to his proofs.

20. Defendants lack sufficient knowledge to admit or deny the allegations contained in this paragraph of the Complaint and leave Plaintiff to his proofs.

## RULE 23 CLASS ACTION ALLEGATIONS – NEW YORK

21. Denied that there exists a valid class.

22. Defendants lack sufficient knowledge to admit or deny the allegations contained in this paragraph of the Complaint and leave Plaintiff to his proofs.

23. Defendants lack sufficient knowledge to admit or deny the allegations contained in this paragraph of the Complaint and leave Plaintiff to his proofs.

24. Denied.

25. Defendants lack sufficient knowledge to admit or deny the allegations contained in this paragraph of the Complaint and leave Plaintiff to his proofs.

26. Denied

27. Denied.

28. Denied as to all subparagraphs.

## FACTS

29. Admitted.

30. Denied.

31. Admitted.

32. Admitted.

33. Defendants lack sufficient knowledge to admit or deny the allegations contained in this paragraph of the Complaint and leave Plaintiff to his proofs.

34. Defendants lack sufficient knowledge to admit or deny the allegations contained in this paragraph of the Complaint and leave Plaintiff to his proofs.

35. Defendants lack sufficient knowledge to admit or deny the allegations contained in this paragraph of the Complaint and leave Plaintiff to his proofs.

36. Defendants lack sufficient knowledge to admit or deny the allegations contained in this paragraph of the Complaint and leave Plaintiff to his proofs.

37. Denied.

38. Denied.

39. Admitted.

40. Denied.

41. Admitted that Ms. Jaramillo and Mr. Ozgu are employees of the Fellini restaurant properties.

42. Admitted.

43. Defendants lack sufficient knowledge to admit or deny the allegations contained in this paragraph of the Complaint and leave Plaintiff to his proofs.

44. Defendants lack sufficient knowledge to admit or deny the allegations contained in this paragraph of the Complaint and leave Plaintiff to his proofs.

45. Defendants lack sufficient knowledge to admit or deny the allegations contained in this paragraph of the Complaint and leave Plaintiff to his proofs.

46. Defendants lack sufficient knowledge to admit or deny the allegations contained in this paragraph of the Complaint and leave Plaintiff to his proofs.

47. Defendants lack sufficient knowledge to admit or deny the allegations contained in this paragraph of the Complaint and leave Plaintiff to his proofs.

48. Defendants lack sufficient knowledge to admit or deny the allegations contained in this paragraph of the Complaint and leave Plaintiff to his proofs.

49. Denied.

50. Defendants lack sufficient knowledge to admit or deny the allegations contained in this paragraph of the Complaint and leave Plaintiff to his proofs.

51. Denied.

52. Denied.

**FIRST CLAIM FOR RELIEF**

53. Denied that Plaintiff is entitled to any relief.

54. Defendants lack sufficient knowledge to admit or deny the allegations contained in this paragraph of the Complaint and leave Plaintiff to his proofs.

55. Admitted that Defendants employed employees at each of the Fellini restaurant properties.

56. Denied.

57. Admitted that Plaintiff is seeking relief. Denied as to the rest of the allegations in this paragraph.

## SECOND CLAIM FOR RELIEF

58. Denied that Plaintiff is entitled to any relief.

59. Denied.

60. Denied.

## THIRD CLAIM FOR RELIEF

61. Denied that Plaintiff is entitled to any relief.

62. Defendants lack sufficient knowledge to admit or deny the allegations contained in this paragraph of the Complaint and leave Plaintiff to his proofs.

63. Defendants lack sufficient knowledge to admit or deny the allegations contained in this paragraph of the Complaint and leave Plaintiff to his proofs.

64. Defendants lack sufficient knowledge to admit or deny the allegations contained in this paragraph of the Complaint and leave Plaintiff to his proofs.

65. Denied.

66. Denied.

67. Denied.

## FOURTH CLAIM FOR RELIEF

68. Denied that Plaintiff is entitled to any relief.

69. Denied.

70. Denied.

## PRAYER FOR RELIEF

Defendants deny that Plaintiff, the alleged FLSA collective, or the alleged Rule 23 class are entitled to any relief.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim against the Defendants upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

The Complaint is barred because the Defendants did not breach any duties and acted in good faith and in accordance with their obligations at all times.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims against the Defendants are barred by the doctrines of waiver, estoppel, laches, release, unclean hands and/or unjust enrichment.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, to the extent that they require proof of willfulness, which is denied.

## FIFTH AFFIRMATIVE DEFENSE

The claims are not suitable for collective action or class treatment because the requirements of the FLSA and Rule 23 are not satisfied.

## SIXTH AFFIRMATIVE DEFENSE

Some or all of Plaintiff's claims against the Defendants are barred, in whole or in part, by consent, waiver, and/or estoppel.

## SEVENTH AFFIRMATIVE DEFENSE

Some or all of Plaintiff's claims are barred for lack of jurisdiction.

**EIGHTH AFFIRMATIVE DEFENSE**

Some or all of Plaintiff's claims against the Defendants are barred by the applicable statute of limitations.

**WHEREFORE,** Defendants requests that this Court dismiss the Complaint in its entirety.

**RESERVATION OF RIGHTS**

Defendants reserve the right to amend their Answer and Affirmative Defenses if investigation and/or discovery warrants such amendment and further to assert any additional counterclaims, third-party claims, or other claims.

**DESIGNATION OF TRIAL COUNSEL**

Joshua S. Bauchner, Esq. is hereby designated as trial counsel for Defendants Fellini Soho Corp. d/b/a Fellini Soho, Pyramid Apex Corp. d/b/a Fellini West Village, Fellini Chelsea Corp. d/b/a Fellini Chelsea, and Franco Noriega in this matter.

**MANDELBAUM BARRETT PC**
*Attorneys for Defendants,*

Dated: March 12, 2026          By: _____
Joshua S. Bauchner, Esq.
Michael F. Bevacqua, Jr.
**MANDELBAUM BARRETT, PC**
570 Lexington Avenue, 21st Floor
New York, NY 10022
T: (646) 369-0250
Email: jbauchner@mblawfirm.com
Email: mbevacqua@mblawfirm.com
*Attorneys for Defendants*