UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VANCE ERICKSON, *et al.*, *on behalf of themselves and others similarly situated*,

Plaintiffs,

-v-

FELLINI SOHO CORP., *et al.*,

Defendants.

25-CV-1344 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Plaintiffs commenced this action on February 14, 2025.  (ECF No. 1.)  After Defendants failed to timely respond to the complaint, the Clerk of Court entered Certificates of Default on April 9, 2025.  (ECF No. 28; ECF No. 29; ECF No. 30; ECF No. 31.)  Almost a year later, Defendants filed an answer to the complaint.  (ECF No. 63.)

Because Certificates of Default have already been entered, Defendants must file a motion to set aside the default under Federal Rule of Civil Procedure 55(c) before the filing of an answer.  Defendants' motion must establish good cause under the governing case law.

Defendants shall file any motion to set aside the default on or by April 3, 2026.  Any opposition to the motion shall be filed on or by April 17, 2026, and any reply in further support of the motion shall be filed by April 24, 2026.

SO ORDERED.

Dated:  March 25, 2026
        New York, New York

_____
J. PAUL OETKEN
United States District Judge