UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VANCE ERICKSON, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FELLINI SOHO CORP. d/b/a FELLINI SOHO, PYRAMID APEX CORP., d/b/a FELLINI WEST VILLAGE, FELLINI CHELSEA CORP., d/b/a FELLINI CHELSEA, and FRANCO NORIEGA,<br><br>Defendants. | Case No. 25-cv-1344 (JPO) |

**PLEASE TAKE NOTICE**, that Defendants will move this Court on a date and at such time as may be designated by the Court, or an Order, Pursuant to Rule 55(C) of the Federal Rules of Civil Procedure, vacating the Clerk's Defaults at ECF 28-31, along with such other relief as the Court deems just and proper. The reasons in support of Defendants' Motion are set forth in the accompanying Memorandum of Law. Pursuant to the Court's Order of March 25, 2026, Opposition to the motion shall be filed on or by April 17, 2026, and Reply papers on or before April 24, 2026.

Dated: New York, New York
    April 3, 2026

**MANDELBAUM BARRETT PC**

By:   /s/ Jed M. Weiss, Esq.
     Jed Weiss, Esq.
     Joshua Bauchner, Esq.
     570 Lexington Avenue, 21st Floor
     New York, New York 10022
     Phone: (212) 324-1877
     Email: jweiss@mblawfirm.com
*Attorneys for Defendants*

4931-9377-9357, v. 1