AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| VANCE ERICKSON | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:25-cv-01344 |
| FELLINI SOHO CORP. d/b/a FELLINI SOHO, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff                                                                                                  .

Date:     04/07/2026

/s/ Denise Schulman
*Attorney's signature*

Denise Schulman - DS-8066
*Printed name and bar number*

JOSEPH & KIRSCHENBAUM LLP
45 Broadway, Suite 320
New York, NY 10006

*Address*

denise@jk-llp.com
*E-mail address*

(212) 688-5640
*Telephone number*

(212) 981-9587
*FAX number*