UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VANCE ERICKSON, *et al.*, *on behalf of themselves and all others similarly situated*,

                Plaintiffs,

      -v-

FELLINI SOHO CORP., *et al.*,

                Defendants.

25-CV-1344 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

It is hereby ORDERED that this case is referred for mediation to the Court-annexed

Mediation Program.  The parties are notified that Local Rule 83.9 shall govern the mediation and

are directed to participate in the mediation in good faith.  The mediation will have no effect upon

any scheduling Order issued by this Court without leave of this Court.

      SO ORDERED.

Dated:  June 17, 2026
        New York, New York

                          _____
                               J. PAUL OETKEN
                         United States District Judge