# Exhibit 1

Josef Nussbaum, Esq.

Please exclude me, Rose Janowitz, from the class action lawsuit Erikson v. Fellini Soho Corp., Case No. 25 CV 1344. Thank you.

-Rose Janowitz

March 26, 2026

Request to be excluded from the class.

I want to be excluded from the class action lawsuit brought by plaintiff Vance Erickson against Fellini Soho Corp., Pyramid Apex Corp., Fellini Chelsea Corp., and Franco Noriega.

Civil Action No.: 22CV518

Dmitry Korotchenko.

[signature]

[redacted]

Brooklyn, NY 11231

04/5/2026