# Exhibit 2

I, Maria Ferro, do not wish to participate in the class action lawsuit against Fellini.

María Fernanda Ferro

Signature: MFerro

Date: 08/20/2026

Yo, Dalia Rivera, no deseo participar en la demanda colectiva ( class action lawsuit ) contra Fellini

Firma :

Date : 08-20-2026

I, Paulina Difede, do not wish to participate in the class action lawsuit against Fellini.

Signature: Paulina Andrades Difede

Date: 08/20/2026.

Yo, Erika Calle, no deseo participar en la demanda colectiva ( class action lawsuit ) contra Fellini

Firma : [signature]

Date : 08/20/26

Yo, Katty Cusme, no deseo participar en la demanda colectiva ( class action lawsuit ) contra Fellini

Firma : Katty Cusme R.

Date : 08/20/2026

I, Sergio Torres, do not wish to participate in the class action lawsuit against Fellini.

Signature:

Date: 08/20/2026

I, Karina Hernandez, do not wish to participate in the class action lawsuit against Fellini.

Signature:

Date: 08/20/2026

I, Sofia Berg, do not wish to participate in the class action lawsuit against Fellini.

Signature:

Date: 08/21/26

I, Valentina Gonzales Villalba, do not wish to participate in the class action lawsuit against Fellini.

Signature: Valentina Gonzalez Villalba

Date: 08-21-2026

I, Marly J Fonseca Rodriguez, do not wish to participate in the class action lawsuit against Fellini.

Signature: [signature]

Date: 8/24/26

I, Elodie Lmont, do not wish to participate in the class action lawsuit against Fellini.

Signature:

Date:
08/21/26

I, Melany Escobar, do not wish to participate in the class action lawsuit against Fellini.

Signature: [signature]

Date: 08/22/2026

I, Saliha Ozdil, do not wish to participate in the class action lawsuit against Fellini.

Signature: 8/23/2026

Date:

I, Kevin Goicochea, do not wish to participate in the class action lawsuit against Fellini.

Signature:

Date: 08/22/2026

I, Luis Alarcon, do not wish to participate in the class action lawsuit against Fellini.

Signature:

Date: 08/21

I, Ezgi Ozlu, do not wish to participate in the class action lawsuit against Fellini.

Signature: 8/24/2026

Date:

I, Anastasia Siedina, do not wish to participate in the class action lawsuit against Fellini.

Signature:

Date: 08/25/2026

I, David Vergel, do not wish to participate in the class action lawsuit against Fellini.

Signature: David Vergel

Date: 08-25-2026

I, Zoe Vergara, do not wish to participate in the class action lawsuit against Fellini.

Signature:

Date: 08/25/26

I, Diego Sancez, do not wish to participate in the class action lawsuit against Fellini.

Signature:

Date: 08-25-2026

I, Gabrielle Adams, do not wish to participate in the class action lawsuit against Fellini.

Signature: [signature]

Date: 8/25/26

I, Erika Ramirez, do not wish to participate in the class action lawsuit against Fellini.

Signature: ER

Date: 08/25/2026

I, Domenique Melchior, do not wish to participate in the class action lawsuit against Fellini.

Signature:

Date:

I, Daniel Leira, do not wish to participate in the class action lawsuit against Fellini.

Signature: DanielLeira

Date: 08/26/26

I, Sarah Mc Nutt, do not wish to participate in the class action lawsuit against Fellini.

Signature:

Date: 8/20/26

Yo, Pilar Perez, no deseo participar en la demanda colectiva ( class action lawsuit ) contra Fellini

Firma : Pilar Perez S.

Date : 8/26/2026