# Exhibit 3

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE. Retail

P

US POSTAGE PAID
$12.90
Origin: 10036
08/20/26
3596570057-20

PRIORITY MAIL®

0 Lb 1.60 Oz
RDC 03

EXPECTED DELIVERY DAY: 08/24/26

C023

SHIP TO:
45 BROADWAY
NEW YORK NY 10006-3007

USPS TRACKING® #

9505 5129 8470 6232 5787 09

FROM: Maria Forro
[redacted]
Harison, NJ 07029

TO:
Joseph & Kirschenbaum LLP
45 Broadway, Suite 320
New York, NY 10006

- Expected
- Domestic
- USPS Trac
- Limited int
- When use

*Insurance doe
Domestic Mail I
** See Internati

FLAT
ONE RATE

TRAC

PS00001142500

EP14F-250 May 2026
OD: 12 1/2 x 9 1/2

...ree Package Pickup,
...the QR code.

USPS.COM/PICKUP

...ORITY
...AIL®
...ply).*
...ational destinations.
...red.
...see the
...ns of coverage.

PAPER POUCH
how2recycle.info

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F-250 © U.S. Postal Service; May 2026; All rights reserved.

PRESS FI

UNITED STATES POSTAL SERVICE. Retail

P

US POSTAGE PAID

$12.90

Origin: 10036
08/20/26
3596570057-20

PRIORITY MAIL®

0 Lb 1.60 Oz

RDC 03

EXPECTED DELIVERY DAY: 08/24/26

C023

SHIP TO:

45 BROADWAY
NEW YORK NY 10006-3007

USPS TRACKING® #

9505 5129 8470 6232 5787 23

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

ORITY
AIL®

- Expected
- Domestic
- USPS Trac
- Limited int
- When use

ply).*
ational destinations.
red.

*Insurance doe
Domestic Mail
** See Internati

see the
ns of coverage.

FLAT
ONE RATE

TRAC

ee Package Pickup,
e QR code.

PS00001142500

EP14F-250 May 2026
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP

FROM: Dalia Rivera
[redacted] Brooklyn
NEWYork, 11237

TO:

Joseph & Kirschenbaum LLP
45 Broadway, Suite ~~30~~ 320
New York NY 10006

PAPER POUCH
how2recycle.info

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F-250 © U.S. Postal Service; May 2026; All rights reserved.

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE. Retail

P

US POSTAGE PAID
$12.90
Origin: 10036
08/20/26
3596570057-20

PRIORITY MAIL®

0 Lb 1.70 Oz
RDC 03

EXPECTED DELIVERY DAY: 08/24/26

C023

SHIP TO:
45 BROADWAY
NEW YORK NY 10006-3007

USPS TRACKING® #

9505 5129 8470 6232 5786 24

PRIORITY MAIL®

- Expecte
- Domest ...apply).*
- USPS T ...ernational destinations.
- Limited
- When u ...juired.

*Insurance d ...ns see the
Domestic M
** See Intern ...ations of coverage.

FLAT
ONE RAT

TRAC

...ule free Package Pickup,
...can the QR code.

PS00001142500

EP14F-250 May 2026
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP

FROM: Paulina Andrades Dirado
[redacted]
Queens New York 11385

TO:

Joseph & Kirschenbaum LLP
45 Broadway, Suite 320
New York NY 10006

PAPER POUCH
how2recycle.info

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F-250 © U.S. Postal Service; May 2026; All rights reserved.

PRESS FIRML

UNITED STATES POSTAL SERVICE. Retail

P

US POSTAGE PAID

$12.90

Origin: 10036
08/20/26
3596570057-20

PRIORITY MAIL®

0 Lb 1.60 Oz

RDC 03

EXPECTED DELIVERY DAY: 08/24/26

C023

SHIP TO:

45 BROADWAY
NEW YORK NY 10006-3007

USPS TRACKING® #

9505 5129 8470 6232 5786 48

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

U P
RITY
AIL®

- Expected deli
- Domestic ship
- USPS Trackin
- Limited intern
- When used in

*Insurance does not
Domestic Mail Manu
** See International

*

nal destinations.

he

f coverage.

FLAT R
ONE RATE ■

TRACKE

PS00001142500

EP14F-250 May 2026
OD: 12 1/2 x 9 1/2

ackage Pickup,
scan the QR code.

USPS.COM/PICKUP

FROM: ERIKA calle
[redacted]
CORONA NY 11368

TO:

Joseph + Kirschenbaum LLP
45 BROADWAY Suite 320
New York, NY 10006

PAPER POUCH

how2recycle.info

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F-250 © U.S. Postal Service; May 2026; All rights reserved.

PRESS FIRM

UNITED STATES POSTAL SERVICE. Retail

P

US POSTAGE PAID

$12.90

Origin: 10036
08/20/26
3596570057-20

PRIORITY MAIL®

0 Lb 1.60 Oz

RDC 03

EXPECTED DELIVERY DAY: 08/24/26

C023

SHIP TO:

45 BROADWAY
NEW YORK NY 10006-3007

USPS TRACKING® #

9505 5129 8470 6232 5786 86

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

ORITY
AIL®

- Expected d
- Domestic sh
- USPS Track
- Limited inte
- When used

y).*
tional destinations.
d.
e the

*Insurance does r
Domestic Mail Ma
** See Internation

s of coverage.

FLAT R
ONE RATE

TRACK

FROM: Katty Cusne
[redacted]
New Jersey 07303 514

TO:

Joseph + Kirschenbaum LLP
45 Broadway, Suite 320
New York, NY 10006

PS00001142500

EP14F-250 May 2026
OD: 12 1/2 x 9 1/2

e Package Pickup,
QR code.

USPS.COM/PICKUP

PAPER POUCH
how2recycle.info

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F-250 © U.S. Postal Service; May 2026; All rights reserved.

PRESS FIR

UNITED STATES POSTAL SERVICE. Retail

P

US POSTAGE PAID

$12.90

Origin: 10036
08/20/26
3596570057-20

PRIORITY MAIL®

0 Lb 1.60 Oz

RDC 03

EXPECTED DELIVERY DAY: 08/24/26

C023

SHIP TO:
45 BROADWAY
NEW YORK NY 10006-3007

USPS TRACKING® #

9505 5129 8470 6232 5786 62

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

ORITY
IAIL®

- Expected
- Domestic
- USPS Tra
- Limited i
- When us

pply).*

national destinations.

uired.

*Insurance d
Domestic Ma
** See Intern

s see the

itions of coverage.

FLAT
ONE RA

TRA

dule free Package Pickup,
scan the QR code.

PS00001142500

EP14F-250 May 2026
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP

FROM: Sergio Torres
[redacted]
Astoria NY 11102

TO: Joseph & Kirschenbaum LLP
45 Broadway Suite 320
New York, NY 10006

PAPER POUCH
how2recycle.info

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F-250 © U.S. Postal Service; May 2026; All rights reserved.

PRESS FIRMLY TO SEAL

FSC RECYCLED

PAPER how2recycle.info

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE. Retail

P

US POSTAGE PAID
$12.90
Origin: 10036
08/21/26
3596570057-75

PRIORITY MAIL®

0 Lb 1.60 Oz
RDC 03

EXPECTED DELIVERY DAY: 08/25/26

C023

SHIP TO:
STE 320
45 BROADWAY
NEW YORK NY 10006-4019

USPS TRACKING® #

9505 5129 8466 6233 6420 00

Received 08/24/2026

FROM: Valentine Gonzalez
[redacted]
Astoria, Queens NY 11105

UNITED STATES POSTAL SERVICE

- Expected delivery date specif
- Domestic shipments include
- USPS Tracking® service inclu
- Limited international insuran
- When used internationally, a

*Insurance does not cover certain iten
Domestic Mail Manual at http://pe.usp
** See International Mail Manual at htt

FLAT RATE EI
ONE RATE ■ ANY WEIGHT

TRACKED ■ IN

PS00001142500

EP14F-250 May 2026
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP

TO:
Joseph & Kirschenbaum LLP
45 Broadway, Suite 320
New York, NY 10006

PAPER POUCH how2recycle.info

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F-250 © U.S. Postal Service; May 2026; All rights reserved.

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

UNITE[D STATES]
POSTA[L SERVICE]

Retail

P

US POSTAGE PAID
$12.90
Origin: 10036
08/21/26
3596570057-75

PRIORITY MAIL®

0 Lb 1.60 Oz
RDC 03

EXPECTED DELIVERY DAY: 08/25/26

C023

SHIP TO:
STE 320
45 BROADWAY
NEW YORK NY 10006-4019

USPS TRACKING® #

9505 5129 8466 6233 6420 24

- Expected delivery date s
- Domestic shipments incl
- USPS Tracking® service i
- Limited international insu
- When used internationall

...ions.

*Insurance does not cover certair
Domestic Mail Manual at http://pe
** See International Mail Manual a

FLAT RATE E
ONE RATE ■ ANY WEIG

TRACKED ■ I

PS00001142500

EP14F-250 May 2026
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP

Received 08/24/2026

FROM: Karina Hernandez
[redacted]
Astoria, NY 11102

TO:

Joseph & Kirschenbaum LLP
45 Broadway, Suite 320
New York, NY 10006

PAPER POUCH
how2recycle.info

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F-250 © U.S. Postal Service; May 2026; All rights reserved.

PRESS FIRMLY TO SEAL

FSC RECYCLED

how2recycle

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE. Retail

P

US POSTAGE PAID
$12.90
Origin: 10036
08/21/26
3596570057-75

PRIORITY MAIL®

0 Lb 1.60 Oz
RDC 03

EXPECTED DELIVERY DAY: 08/25/26

C023

SHIP TO:
STE 320
45 BROADWAY
NEW YORK NY 10006-4019

USPS TRACKING® #

9505 5129 8466 6233 6419 42

Received 08/24/2026

FROM: Sofia B[illegible]

[redacted]

Hoboken, New Jersey
07030

TO:

Joseph & Kirschenbaum LLP
45 Broadway, Suite 320
New York, NY 10006

UNITE[D STATES] POSTA[L SERVICE]

- Expected delivery date
- Domestic shipments inc
- USPS Tracking® service
- Limited international ins
- When used internationa

...tions.

*Insurance does not cover certai
Domestic Mail Manual at http://p
** See International Mail Manual

FLAT RATE
ONE RATE ■ ANY WEI

TRACKED ■

PS00001142500

EP14F-250 May 2026
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP

PAPER POUCH
how2recycle.info

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F-250 © U.S. Postal Service; May 2026; All rights reserved.

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE. Retail

P

US POSTAGE PAID
$12.90
Origin: 10036
08/21/26
3596570057-75

PRIORITY MAIL®

0 Lb 1.60 Oz
RDC 03

EXPECTED DELIVERY DAY: 08/25/26

C023

SHIP TO:
STE 320
45 BROADWAY
NEW YORK NY 10006-4019

USPS TRACKING® #

9505 5129 8466 6233 6419 66

Received 08/25/2026

FROM: Luis Alarcon
[redacted]
Harrison NJ 07029

TO:
Joseph & Kirschenbaum LLP
45 Broadway, Suite 320
New York, NY 10006

UNIT... POST...

- Expected delivery dat...
- Domestic shipments i...
- USPS Tracking® servi...
- Limited international i...
- When used internatio...

...Y

...nations.

*Insurance does not cover ce...
Domestic Mail Manual at http...
** See International Mail Man...

FLAT RATE
ONE RATE ■ ANY W...

TRACKED ■

...kup,

PS00001142500

EP14F-250 May 2026
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP

PAPER POUCH
how2recycle.info

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F-250 © U.S. Postal Service; May 2026; All rights reserved.

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE | PRIORITY MAIL

Received 08/25/2026

UNITED STATES POSTAL SERVICE. Retail

P

US POSTAGE PAID
$12.90
Origin: 10019
08/24/26
3596550055-14

PRIORITY MAIL®

0 Lb 1.70 Oz
RDC 03

EXPECTED DELIVERY DAY: 08/27/26

C023

SHIP TO:
FL 30
45 BROADWAY
NEW YORK NY 10006-3748

USPS TRACKING® #

9505 5139 7059 6236 9280 68

- Expected delive
- Domestic shipm
- USPS Tracking®
- Limited internati
- When used inter

l destinations.

*Insurance does not co
Domestic Mail Manual
** See International Mai

overage.

Package Pickup,
QR code.

/PICKUP

FLAT RA
ONE RATE ■ AN

TRACKED

PS0000100

FROM: Egi Ozlu
[redacted]
Guttenberg, NJ 07093

TO:
Joseph & Kirshenbaum LLP
45 Broadway, Suite 30
New York, NY 10006

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

UNITED STATES POST

PRIORITY®

Received 08/25/2026

UNITED STATES POSTAL SERVICE. Retail

P

US POSTAGE PAID
$12.90
Origin: 10019
08/24/26
3596550055-14

PRIORITY MAIL®

0 Lb 1.60 Oz
RDC 03

EXPECTED DELIVERY DAY: 08/27/26

C023

SHIP TO:
FL 30
45 BROADWAY
NEW YORK NY 10006-3748

USPS TRACKING® #

9505 5139 7059 6236 9280 82

- Expected delivery da
- Domestic shipments
- USPS Tracking® serv ...stinations.
- Limited international
- When used internatio

*Insurance does not cover ce
Domestic Mail Manual at http
** See International Mail Manu

FLAT RATE
ONE RATE ■ ANY WE

TRACKED ■

PS00001000014

FROM:
Kevin Garcia
[redacted]
Astoria, NY 11105

TO:
Joseph & Kirschenbaum LLP
45 Broadway, Suite 30
New York, NY 10006

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.

PRESS FIRMLY TO SEAL

FSC MIX FSC® C110910

PAPER POUCH how2recycle.info

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

Received 08/25/2026

UNITED STATES POSTAL SERVICE® Retail

P

US POSTAGE PAID

$12.90

Origin: 10019
08/24/26
3596550055-14

PRIORITY MAIL®

0 Lb 1.70 Oz

RDC 03

EXPECTED DELIVERY DAY: 08/27/26

C023

SHIP TO:
45 BROADWAY
NEW YORK NY 10006-3007

USPS TRACKING® #

9505 5139 7059 6236 9280 44

UNI… POS… …TY®

- Expected delivery…
- Domestic shipmen… …destinations.
- USPS Tracking® s…
- Limited internatio…
- When used interna…

*Insurance does not cove… …erage.
Domestic Mail Manual at…
** See International Mail I…

…ackage Pickup,
…R code.

…/PICKUP

FLAT RAT…
ONE RATE ■ ANY…

TRACKED

PS000010…

FROM: Saliha Ozdil
[redacted]
North Bergen, NJ 07047

TO:
Joseph + Kirschenbaum LLP
45 Broadway, Suite 30
New York, NY 10006

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.

PRESS FIRMLY TO SEAL

FSC MIX Board FSC® C118915

PAPER POUCH

how2recycle.info

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

Received 08/25/2026

UNITED STATES POSTAL SERVICE

PRIORITY®

UNITED STATES POSTAL SERVICE. Retail

P

US POSTAGE PAID
$12.90
Origin: 10019
08/24/26
3596550055-14

PRIORITY MAIL®

0 Lb 1.60 Oz
RDC 03

EXPECTED DELIVERY DAY: 08/27/26

C023

SHIP TO:
FL 30
45 BROADWAY
NEW YORK NY 10006-3748

USPS TRACKING® #

9505 5139 7059 6236 9281 05

- Expected delivery da
- Domestic shipments
- USPS Tracking® serv ... stinations.
- Limited international
- When used internatio

*Insurance does not cover c
Domestic Mail Manual at htt
** See International Mail Ma ... ge.

... age Pickup, ... ode.

FLAT RATE
ONE RATE ■ ANY W

... CKUP

TRACKED

PS00001000

how2recycle.info

This package is made from post-consumer waste. Please recycle - again.

FROM: Melanie Escobar
[redacted]
Bronx, NY 10452

TO:
Joseph & Kirschenbaum LLP
45 Broadway, Suite 30
New York, NY 10006

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE. Retail

P

US POSTAGE PAID
$12.90
Origin: 10019
08/24/26
3596550055-14

PRIORITY MAIL®

0 Lb 1.60 Oz
RDC 03

EXPECTED DELIVERY DAY: 08/27/26

C023

SHIP TO:
FL 30
45 BROADWAY
NEW YORK NY 10006-3748

USPS TRACKING® #

9505 5139 7059 6236 9281 43

Received 08/25/2026

FROM: Elodie Lemont
[redacted]
New York, NY 10011

TO:
Joseph & Kirschenbaum LLP
45 Broadway, Suite 30
New York, NY 10006

■ Expected deli
■ Domestic ship
■ USPS Trackin
■ Limited intern
■ When used int

*Insurance does not ... he
Domestic Mail Manu
** See International ... f coverage.

...nal destinations.

FLAT R
ONE RATE ■

TRACKI

free Package Pickup, the QR code.

.COM/PICKUP

PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

PAPER POUCH how2recycle.info

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.

PRESS FIRMLY TO SEAL

FSC MIX FSC C116910

PAPER POUCH

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE. Retail

P

US POSTAGE PAID
$12.90
Origin: 10019
08/24/26
3596550055-14

PRIORITY MAIL®

0 Lb 1.60 Oz
RDC 03

EXPECTED DELIVERY DAY: 08/27/26

C023

SHIP TO:
FL 30
45 BROADWAY
NEW YORK NY 10006-3748

USPS TRACKING® #

9505 5139 7059 6236 9281 29

UNIT
POSTA

Y®

- Expected delivery date
- Domestic shipments in
- USPS Tracking® servic
- Limited international in
- When used internationa

nations.

*Insurance does not cover cert
Domestic Mail Manual at http://
** See International Mail Manua

Pickup,

FLAT RATE
ONE RATE ■ ANY WE

TRACKED ■

P

PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

PAPER POUCH

Received 08/25/2026

FROM: Marly Fonseca
[redacted]
Woodbird, NY 11377

TO:
Joseph & Kirschenbaum LLP
45 Broadway, Suite 30
New York, NY 10006

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.

PRESS FIRMLY ... MLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE. Retail

P

US POSTAGE PAID
$12.90
Origin: 10019
08/25/26
3596550055-8

PRIORITY MAIL®

0 Lb 1.60 Oz
RDC 03

EXPECTED DELIVERY DAY: 08/28/26

C023

SHIP TO:
STE 320
45 BROADWAY
NEW YORK NY 10006-4019

USPS TRACKING® #

9505 5139 7058 6237 9270 54

Received 08/26/2026

FROM:
Anastasiia Sosdina
[redacted]
Brooklyn, NY 11223

TO:
Joseph & Kirschenbaum LLP
45 Broadway, Suite 320
New York, NY 10006

■ Expected delive
■ Domestic shipm
■ USPS Tracking®
■ Limited internati
■ When used inter

l destinations.

*Insurance does not co
Domestic Mail Manual a
** See International Mail

verage.

FLAT RA
ONE RATE ■ AN

ackage Pickup,
R code.

PICKUP

TRACKED

PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

PAPER POUCH
how2recycle.info

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE — Retail

P

US POSTAGE PAID
$12.90
Origin: 10019
08/25/26
3596550055-8

PRIORITY MAIL®

0 Lb 1.60 Oz
RDC 03

EXPECTED DELIVERY DAY: 08/28/26

C023

SHIP TO:
STE 320
45 BROADWAY
NEW YORK NY 10006-4019

USPS TRACKING® #

9505 5139 7058 6237 9270 16

Received 08/26/2026

FROM: David Vbreel
[redacted]
Oneonta, NY 13820

TO:
Joseph & Kirschenbaum LLP
45 Broadway suite 320
New York, NY 10006

UN... PO... ...ITY®

- Expected delivery ...
- Domestic shipme...
- USPS Tracking® s...
- Limited internatio... destinations.
- When used intern...

*Insurance does not cove... Domestic Mail Manual at ...erage.
** See International Mail ...

FLAT RAT...
ONE RATE ■ ANY...

...ackage Pickup, ...R code.

PICKUP

TRACKED

PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

PAPER POUCH
how2recycle.info

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE. Retail

P

US POSTAGE PAID
$12.90
Origin: 10019
08/25/26
3596550055-8

PRIORITY MAIL®

0 Lb 1.60 Oz
RDC 03

EXPECTED DELIVERY DAY: 08/28/26

C023

SHIP TO:
STE 320
45 BROADWAY
NEW YORK NY 10006-4019

USPS TRACKING® #
9505 5139 7058 6237 9270 30

Received 08/26/2026

FROM:
Zoe Vergara
[redacted]
Fresh Meadows, NY 11365

TO:
Joseph & Kirschenbaum LLP
45 Broadway Suite 320
New York, NY 10006

■ Expected deliv
■ Domestic shipi
■ USPS Tracking
■ Limited interna
■ When used inte

...nal destinations.

*Insurance does not ... e
Domestic Mail Manua
** See International M ... coverage.

...e Package Pickup,
...e QR code.
...OM/PICKUP

FLAT RA
ONE RATE ■ A

TRACKE

PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

PAPER POUCH
how2recycle.info

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.

PRESS FIRML[Y TO SEAL] ... [P]RESS FIRMLY TO SEAL

POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE. Retail

P

US POSTAGE PAID

$12.90

Origin: 10019
08/25/26
3596550055-8

PRIORITY MAIL®

0 Lb 1.60 Oz

RDC 03

EXPECTED DELIVERY DAY: 08/28/26

C023

SHIP TO:
STE 320
45 BROADWAY
NEW YORK NY 10006-4019

USPS TRACKING® #

9505 5139 7058 6237 9269 96

Received 08/26/2026

FROM: Diego Sanchez
[redacted]
Fort Lee NJ 07024

TO:
Joseph & Kirschenbaum LLP
45 Broadway Suite 320
New York, NY 10006

■ Expected deliv[ery] ...
■ Domestic ship[ping] ...
■ USPS Tracking ...
■ Limited interna[tional] ...
■ When used int[ernationally] ...

...nal destinations.

*Insurance does not ... e
Domestic Mail Manu[al] ...
** See International M[ail Manual] ... coverage.

FLAT RA[TE]
ONE RATE ■ A[NY WEIGHT]

[Fr]ee Package Pickup, [scan th]e QR code.

[USPS.C]OM/PICKUP

TRACKE[D]

PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

PAPER POUCH
how2recycle.info

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE. Retail

P

US POSTAGE PAID
$12.90
Origin: 10019
08/25/26
3596550055-8

PRIORITY MAIL®

0 Lb 1.60 Oz
RDC 03

EXPECTED DELIVERY DAY: 08/28/26

C023

SHIP TO:
STE 320
45 BROADWAY
NEW YORK NY 10006-4019

USPS TRACKING® #

9505 5139 7058 6237 9270 78

Received 08/26/2026

FROM:
Gabriella Adams
[redacted]
New York, NY 10031

- Expected delivery
- Domestic shipmen
- USPS Tracking® se
- Limited internatior
- When used interna

destinations.

*Insurance does not cove
Domestic Mail Manual at
** See International Mail I

erage.

ackage Pickup,
R code.

/PICKUP

FLAT RAT
ONE RATE ■ AN

TRACKED

PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

PAPER POUCH
how2recycle.info

TO:
Joseph & Kirschenbaum LLP
45 Broadway Suite 320
New York, NY 10006

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.

PRESS FIRMLY TO SEAL

FSC MIX

PAPER

PRE...

UNITED STATES POSTAL SERVICE. Retail

P

US POSTAGE PAID

$12.90

Origin: 10019
08/25/26
3596550055-8

PRIORITY MAIL®

0 Lb 1.60 Oz

RDC 03

EXPECTED DELIVERY DAY: 08/28/26

C023

SHIP TO:
STE 320
45 BROADWAY
NEW YORK NY 10006-4019

USPS TRACKING® #

9505 5139 7058 6237 9270 92

U... PO... ...RITY® ...L

- Expected delive...
- Domestic shipn...
- USPS Tracking...
- Limited internat...
- When used inte... ...al destinations.

*Insurance does not c... Domestic Mail Manual ...
** See International Ma... ...overage.

Package Pickup, QR code.

.../PICKUP

FLAT RA...
ONE RATE ■ AN...

TRACKE...

PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

PAPER POUCH
how2recycle.info

Received 08/26/2026

FROM:
Erika Ramirez
[redacted]
Long Island City, Queens, NY 11101

TO:
Joseph & Kirschenbaum LLP
45 Broadway, Suite 320
New York, NY 10006

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.

PRESS FIRMLY TO SEAL

FSC RECYCLED FSC® C108280

PAPER POUCH how2recycle.info

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

Received 08/27/2026

UNITED STATES POSTAL SERVICE Retail

P

US POSTAGE PAID
$12.90
Origin: 10036
08/26/26
3596570057-17

PRIORITY MAIL®

0 Lb 1.60 Oz
RDC 03

EXPECTED DELIVERY DAY: 08/28/26

C023

SHIP TO:
STE 320
45 BROADWAY
NEW YORK NY 10006-4019

USPS TRACKING® #

9505 5129 8469 6238 6279 79

PRIORITY MAIL®

stic use.
nce (restrictions apply).*
stic and many international destinations.

aration form is required.
rding claims exclusions see the
r availability and limitations of coverage.

PE

May 2026
x 9 1/2

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

FROM:

Dominique Melchoir
[redacted]
Brooklyn, NY 11211

TO:

Joseph & Kirschenbaum LLP
45 Broadway, Suite 320
New York, NY 10006

PAPER POUCH how2recycle.info

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F-250 © U.S. Postal Service; May 2026; All rights reserved.

PRESS FIRMLY TO SEAL

FSC RECYCLED Packaging made from recycled material FSC® C108280

PAPER POUCH how2recycle.info

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

Received 08/27/2026

UNITED STATES ®

PRIORITY MAIL®

FROM:
Pilar Perez
[redacted] Bronx
NY, 10455

UNITED STATES POSTAL SERVICE. Retail

P

US POSTAGE PAID
$12.90
Origin: 10036
08/26/26
3596570057-17

PRIORITY MAIL®

0 Lb 1.60 Oz
RDC 03

EXPECTED DELIVERY DAY: 08/28/26

C023

SHIP TO:
STE 320
45 BROADWAY
NEW YORK NY 10006-4019

USPS TRACKING® #

9505 5129 8469 6238 6279 55

tic use.
nce (restrictions apply).*
tic and many international destinations.

ration form is required.
rding claims exclusions see the
r availability and limitations of coverage.

PE

TO:
Joseph & Kirschenbaum LLP
45 Broadway, Suite 320
New York, NY 10006

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

May 2026
x 9 1/2

PAPER POUCH how2recycle.info

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F-250 © U.S. Postal Service; May 2026; All rights reserved.

PRESS FIRMLY TO SEAL

FSC RECYCLED Packaging made from recycled material FSC® C106280

PAPER POUCH how2recycle.info

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

Received 08/27/2026

UNITED STATES POSTAL SERVICE®

PRIORITY MAIL®

UNITED STATES POSTAL SERVICE. Retail

P

US POSTAGE PAID

$12.90

Origin: 10036
08/26/26
3596570057-17

PRIORITY MAIL®

0 Lb 1.60 Oz

RDC 03

EXPECTED DELIVERY DAY: 08/28/26

C023

SHIP TO:
STE 320
45 BROADWAY
NEW YORK NY 10006-4019

USPS TRACKING® #

9505 5129 8469 6238 6280 13

...stic use.

...nce (restrictions apply).*

...stic and many international destinations.

...ration form is required.

...rding claims exclusions see the

...r availability and limitations of coverage.

...E

...ay 2026
...9 1/2

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

FROM:

Sarah McNutt
[redacted]
Brooklyn, NY 11249

TO:

Joseph & Kirschenbaum LLP
45 Broadway, Suite 320
New York, NY 10006

PAPER POUCH how2recycle.info

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F-250 © U.S. Postal Service; May 2026; All rights reserved.

PRESS FIRMLY TO SEAL

FSC RECYCLED Packaging made from recycled material FSC® C106260

PAPER POUCH how2recycle.info

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

Received 08/27/2026

UNITED STATES POSTAL SERVICE®

PRIORITY MAIL®

UNITED STATES POSTAL SERVICE. Retail

P

US POSTAGE PAID
$12.90
Origin: 10036
08/26/26
3596570057-17

PRIORITY MAIL®

0 Lb 1.60 Oz
RDC 03

EXPECTED DELIVERY DAY: 08/28/26

C023

SHIP TO:
STE 320
45 BROADWAY
NEW YORK NY 10006-4019

USPS TRACKING® #

9505 5129 8469 6238 6279 93

...stic use.
...nce (restrictions apply).*
...stic and many international destinations.
...ration form is required.
...rding claims exclusions see the
... availability and limitations of coverage.

...E

...ay 2026
... 1/2

This package is made from post-consumer waste. Please recycle - again.

FROM:
Daniel Lišk[illegible]
[redacted]
New York, NY 10011

TO:
Joseph & Kirschenbaum LLP
45 Broadway, Suite 320
New York, NY. 10006

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PAPER POUCH how2recycle.info

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F-250 © U.S. Postal Service; May 2026; All rights reserved.