JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas Buzzard
Leah Seliger
Michael DiGiulio

45 Broadway, Suite 320
New York, NY 10006
Tel: 212-688-5640
Fax: 212-981-9587
www.jk-llp.com

October 19, 2026

**VIA ECF**

Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Re: Erickson v. Fellini Soho Corp et al**
**No. 25-cv-01344-JPO**

Dear Judge Oetken:

We are class counsel in the above-referenced action. In accordance with the Court's October 16, 2026 Order, I write on behalf of all parties to inform the Court that the parties have reached a settlement. The parties are currently working on finalizing the settlement agreement. Accordingly, we respectfully request that Court set November 20, 2026 as the deadline for the filing of the preliminary approval motion. As the FLSA release is part of the class settlement, we respectfully request that we be permitted to include the application for approval of the FLSA release with our motion for final approval of the class action settlement. We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Denise A. Schulman
Denise A. Schulman

cc: All counsel (via ECF)