**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

VANCE ERICKSON, o*n behalf of himself and others similarly situated,*

Plaintiff,

v.

FELLINI SOHO CORP. d/b/a FELLINI SOHO, PYRAMID APEX CORP. d/b/a FELLINI WEST VILLAGE, FELLINI CHELSEA CORP. d/b/a FELLINI CHELSEA, and FRANCO NORIEGA,

Defendants.

---------------------------------------------------------------x

Case No: **1:25-cv-01344 (JPO)**

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that John Troy of Troy Law, PLLC hereby appears for Class Members, IRÁN CRYSARELI ALVARADO PAYAN, and MARIECLAIRE SORAYA HURTADO MELENDEZ, in the above-captioned case. Request is hereby made that all notices given or required to be given in this case and all pleadings, motions, and applications served or required to be served in this case be given to and served upon the undersigned.

I certify that I am admitted and authorize to practice in this Court.

Dated: Flushing, NY
October 19, 2026

TROY LAW, PLLC

*Attorneys for Class Members IRÁN CRYSARELI ALVARADO PAYAN, and MARIECLAIRE SORAYA HURTADO MELENDEZ*

By: /s/ John Troy
John Troy
41-25 Kissena Boulevard, Suite 110
Flushing, NY 11355
Tel: (718) 762-1324
troylaw@troypllc.com